

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2020

No. 04-19-00704-CR

James Burke **JARREAU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

This appeal is currently set for formal submission and oral argument before this court on March 19, 2020, at 9:00 a.m. Appellant filed a motion to reschedule oral argument which recites good cause. Appellee filed a response stating it does not oppose the motion and requesting that oral argument be rescheduled to a date after April 10, 2020. Appellant's motion is GRANTED.

We WITHDRAW the current submission date and ORDER the appeal to be set for formal submission and oral argument before this court on Thursday, April 16, 2020, at 9:00 a.m., before a panel consisting of Justice Luz Elena Chapa, Justice Irene Rios, and Justice Liza Rodriguez.

The time for oral argument will be limited to twenty (20) minutes for appellant's opening argument, twenty (20) minutes for appellee's argument, and ten (10) minutes for appellant's rebuttal. See 4th TEX. APP. (SAN ANTONIO) LOC. R. 9.1.

If either party no longer wishes to present argument, the party must notify this court in writing within seven (7) days of receiving this order.

It is so **ORDERED** on February 14, 2020.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ
CLERK OF COURT